**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION**

| | | |
|---|---|---|
| DEERE & COMPANY, | ) | Civil Action No. 09 CV 00095 |
| | ) | |
| Plaintiff/Counter-Defendant, | ) | The Honorable Charles R. Wolle |
| | ) | |
| v. | ) | Magistrate Judge Celeste F. Bremer |
| | ) | |
| BUSH HOG, LLC and GREAT PLAINS | ) | **INDEX OF EXHIBITS TO DEERE'S INITIAL** |
| MANUFACTURING INCORPORATED, | ) | **CLAIM CONSTRUCTION MEMORANDUM** |
| | ) | |
| Defendants/Counter-Plaintiffs. | ) | |
| | ) | |

**INDEX OF EXHIBITS TO DEERE'S INITIAL CLAIM CONSTRUCTION MEMORANDUM**

| **Exhibit No.** | **Exhibit Description** |
|---|---|
| 1 | United States Patent Number 6,052,980 |
| 2 | Excerpts from the July 22, 2010 Deposition Transcript of Mr. Henry Friesen – CONFIDENTIAL - ATTORNEYS' EYES ONLY – **FILED UNDER SEAL** |
| 3 | Great Plains' Rotary Cutter Brochure |
| 4 | American Society of Agricultural and Biological Engineers Standard ASAE S474 |
| 5 | International Organization for Standardization Standard ISO 17101:2004(E) |
| 6 | Deere Standard-Duty Rotary Cutter Brochure |
| 7 | Deere Heavy-Duty Rotary Cutter Brochure |
| 8 | Bush Hog's Rotary Cutter Webpage |
| 9 | Excerpts from Merriam-Webster's Tenth New Collegiate Dictionary (1994) |
| 10 | Excerpts from Merriam-Webster's Eleventh New Collegiate Dictionary (2009) |
| 11 | Merriam-Webster's Online Dictionary Entry for "Substantial" |
| 12 | The American Heritage Dictionary of English Language (4th Ed. 2000) |
| 13 | The American Heritage Online Dictionary Entry for "Substantial" |
| 14 | Merriam-Webster's Online Dictionary Entry for "Planar" |
| 15 | The American Heritage Online Dictionary Entry for "Planar" |

| Exhibit No. | Exhibit Description |
|---|---|
| 16 | August 30, 1999 Office Action of United States Patent Number 6,052,980 |
| 17 | United States Patent Number 4,724,660 |
| 18 | November 22, 1999 Office Action Response of United States Patent Number 6,052,980 |
| 19 | Merriam-Webster's Online Dictionary Entry for "Engagement" |
| 20 | Merriam-Webster's Online Dictionary Entry for "Engage" |
| 21 | Merriam-Webster's Online Dictionary Entry for "Secured" |
| 22 | The American Heritage Online Dictionary Entry for "Secured" |
| 23 | United States Patent Number 5,497,869 |
| 24 | United States Patent Number 5,433,661 |
| 25 | United States Patent Number 5,322,146 |
| 26 | The American Heritage Online Dictionary Entry for "Join" |
| 27 | Merriam-Webster's Online Dictionary Entry for "Torsion" |
| 28 | The American Heritage Online Dictionary Entry for "Torsion" |
| 29 | Merriam-Webster's Online Dictionary Entry for "Stiff" |
| 30 | The American Heritage Online Dictionary Entry for "Stiff" |
| 31 | Design Manual for Structural Tubing (1974) |
| 32 | Manual of Steel Construction (6th Ed. 1965) |
| 33 | Merriam-Webster's Online Dictionary Entry for "Easily" |
| 34 | The American Heritage Online Dictionary Entry for "Easily" |
| 35 | The American Heritage Online Dictionary Entry for "Ease" |