**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION**

| | |
|---|---|
| DEERE & COMPANY, | ) Civil Action No. 09 CV 00095 |
| | ) |
| Plaintiff/Counter-Defendant, | ) The Honorable Charles R. Wolle |
| | ) |
| v. | ) Magistrate Judge Celeste F. Bremer |
| | ) |
| BUSH HOG, LLC and GREAT PLAINS MANUFACTURING INCORPORATED, | ) **DECLARATION OF SHANE DELSMAN** |
| | ) |
| Defendants/Counter-Plaintiffs. | ) |
| | ) |

**DECLARATION OF SHANE DELSMAN**

I, Shane Delsman, declare as follows:

1. A *Markman* hearing was held on November 16, 2010.

2. During the *Markman* hearing, Plaintiff, Deere & Company, offered exhibits 47-48, 53-54, 61-63, and 77-78.

3. The Court received the exhibits subject to objection.

4. At the end of the *Markman* hearing, the Court asked if there were any objections to any of the exhibits offered by the parties. No objections were made.

5. Exhibits 47-48, 53-54, 61-63, and 77-78, which are attached hereto for the purpose of being made part of the electronic record, are true and accurate copies of those used and offered at the *Markman* hearing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of November, 2010.

Shane Delsman

*Attorney for Plaintiff/Counter-Defendant, Deere & Company*

| | |
|---|---|
| **Richard J. Sapp** <br> Nyemaster, Goode, West, <br> Hansell & O'Brien, P.C. <br> 700 Walnut Street, Suite 1600 <br> Des Moines, Iowa 50309 <br> Telephone: (515) 283-3100 <br> Facsimile: (515) 283-8045 <br> Email: RJS@nyemaster.com | **Karl R. Fink**\* <br> Fitch, Even, Tabin & Flannery <br> 120 South LaSalle Street, Suite 1600 <br> Chicago, Illinois 60603 <br> Telephone: (312) 577-7000 <br> Facsimile: (312) 577-7007 <br> E-mail: KRFink@fitcheven.com |
| **Steven C. Schroer**\* <br>    Lead Counsel <br> Fitch, Even, Tabin & Flannery <br> 1942 Broadway, Suite 213 <br> Boulder, Colorado 80302 <br> Telephone: (303) 402-6971 <br> Facsimile: (303) 402-6970 <br> E-mail: SCSchr@fitcheven.com | **Shane Delsman**\* <br> Fitch, Even, Tabin & Flannery <br> 120 South LaSalle Street, Suite 1600 <br> Chicago, Illinois 60603 <br> Telephone: (312) 577-7000 <br> Facsimile: (312) 577-7007 <br> E-mail: SDelsman@fitcheven.com <br> <br> *\*Admitted Pro Hac Vice* |

**Certificate of Service**

I hereby certify that on November 23, 2010, I electronically filed the foregoing, DECLARATION OF SHANE DELSMAN, through the Court's CM/ECF system which will serve it in accordance with Federal Rule of Civil Procedure 5(b)(2)(E) and Local Rule 5.2(k) on the following:

Martha L. Shaff
BETTY NEUMAN & MCMAHON, P.L.C.
111 East Third Street, Suite 600
Davenport , IA 52801
Telephone: (563) 326-4491
Facsimile: (563) 326-4498
Email: MLS@bettylawfirm.com

Matthew B. Walters
Scott R. Brown
HOVEY WILLIAMS
10801 Mastin Boulevard, Suite 1000
Overland Park , KS 66210
Telephone: (913) 647-9050
Facsimile: (913) 647-9057
Email: MBW@hoveywilliams.com
    SRB@hoveywilliams.com
(COUNSEL FOR DEFENDANT, GREAT PLAINS MANUFACTURING INCORPORATED)

Jeffrey D. Harty
Edmund J. Sease
Kurt Van Thomme
MCKEE, VOORHEES & SEASE, P.L.C.
801 Grand Avenue, Suite 3200
Des Moines, Iowa 50309-2721
Telephone: (515) 288-3667 x233
Facsimile: (515) 288-1338
E-mail: Jeff.Harty@ipmvs.com
    Ed.Sease@ipmvs.com
    Kurt.Vanthomme@ipmvs.com
(COUNSEL FOR DEFENDANT, BUSH HOG, LLC)

*Attorney for Plaintiff, Deere & Company*