IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| DEERE & COMPANY, | ) Civil Action No. 09-cv-00095 |
| Plaintiff, | ) Judge Charles R. Wolle |
| v. | ) Magistrate Judge Celeste F. Bremer |
| BUSH HOG, LLC and GREAT PLAINS MANUFACTURING INCORPORATED, | ) **DECLARATION OF MATTHEW B. WALTERS SUBMITTING GREAT PLAINS MANUFACTURING INCORPORATED'S MARKMAN HEARING EXHIBITS** |
| Defendants. | ) |

I, Matthew B. Walters, declare as follows:

1. I am a member in good standing of the bar of the State of Kansas, am admitted to practice *pro hac vice* in the United States District Court for the Southern District of Iowa, am an associate in the law firm Hovey Williams LLP, 10801 Mastin Boulevard, Suite 1000, 84 Corporate Woods, Overland Park, Kansas 66210, and represent Great Plains Manufacturing Incorporated ("Great Plains") in the above-captioned matter. I have personal knowledge of the statements made herein.

2. The Court held a *Markman* hearing in the above-captioned matter on November 16, 2010. During the hearing, Great Plains offered Great Plains' *Markman* exhibits numbered 1, 2, 3, 4, 5, and 9, which the Court received into evidence subject to objections. At the end of the *Markman* hearing, the Court asked counsel for the respective parties whether there were any objections to any of the exhibits offered by the parties. No objections were made.

3. The following attached exhibits are Great Plains' *Markman* hearing exhibits and are submitted to the Court to be made part of the electronic record in this case.

4. Attached hereto as Exhibit 1 is a true and accurate copy of U.S. Patent No. 6,047,530, entitled "Gang-type rotary lawn mower."

5. Attached hereto as Exhibit 2 are true and accurate printouts of definitions of the term "cutter deck."

6. Attached hereto as Exhibit 3 is a true and accurate copy of the "Declaration of Richard L. Parish, PhD, PE, in Support of Textron's Proposed Claim Construction for Certain Claim Terms in U.S. Patent Nos. 6,047,530 6,336,311 And 6,336,312" dated August 4, 2006, submitted in *Textron Innovations Inc. v. Toro Co.*, No. 05-cv-486 (D. Del.).

7. Attached hereto as Exhibit 4 is a true and accurate copy Great Plains' closing *Markman* hearing arguments to the Court.

8. Attached hereto as Exhibit 5 are true and accurate printouts of commercial rotary cutter literature.

9. Attached hereto as Exhibit 9 are true and accurate printouts of definitions of the term "engagement."

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: Dec 2, 2010

_____
Matthew B. Walters

## Certificate of Service

I hereby certify that on the 2nd day of December, 2010, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM / ECF system, which sent notification of such filing to the following:

Steven C. Schroer, Esq.  
FITCH, EVEN, TABIN & FLANNERY  
1942 Broadway, Suite 213  
Boulder, Colorado 80302

scschr@fitcheven.com

Karl R. Fink, Esq.  
Shane Delsman, Esq.  
FITCH, EVEN, TABIN & FLANNERY  
120 South LaSalle Street, Suite 1600  
Chicago, Illinois 60603

krfink@fitcheven.com  
sdelsman@fitcheven.com

Richard J. Sapp, Esq.  
NYEMASTER, GOODE, WEST, HANSELL & O'BRIEN, P.C.  
700 Walnut Street, Suite 1600  
Des Moines, Iowa 50309

rjs@nyemaster.com

ATTORNEYS FOR PLAINTIFF  
DEERE & COMPANY

Edmund J. Sease, Esq.  
Jeffrey D. Harty, Esq.  
Kurt R. Van Thomme, Esq.  
MCKEE VOORHEES & SEASE PLC  
801 Grand Ave., Suite 3200  
Des Moines, Iowa 50309

Ed.Sease@ipmvs.com  
Jeff.Harty@ipmvs.com  
Kurt.Vanthomme@ipmvs.com

ATTORNEYS FOR DEFENDANTS BUSH HOG LLC

_/s/ Matthew B. Walker_