**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION**

| | | |
|---|---|---|
| DEERE & COMPANY, | ) | Civil Action No. 09 CV 00095 |
| | ) | |
| Plaintiff/Counter-Defendant, | ) | The Honorable Charles R. Wolle |
| | ) | |
| v. | ) | Magistrate Judge Celeste F. Bremer |
| | ) | |
| BUSH HOG, LLC and GREAT PLAINS MANUFACTURING INCORPORATED, | ) ) ) | **UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE DEERE'S REPLY BRIEF IN SUPPORT OF ITS MOTION FOR JUDICIAL** |
| Defendants/Counter-Plaintiffs. | ) | **REVIEW OF COSTS TAXED** |
| | ) ) ) | *EXPEDITED RELIEF REQUESTED* |

**UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE DEERE'S REPLY BRIEF IN SUPPORT OF ITS MOTION FOR JUDICIAL REVIEW OF COSTS TAXED**

Plaintiff, Deere & Company ("Deere") requests **expedited relief** pursuant to LR 7(j), and hereby moves the Court to grant an extension of time, up to and including January 10, 2012, for Deere to file its reply brief in support of its motion for judicial review of costs taxed. In support of this motion, Plaintiff states:

1. Deere filed its motion for judicial review of costs taxed on December 6, 2011. (Doc. No. 172). Defendants filed their response to Deere's motion for judicial review of costs taxed on December 23, 2011. (Doc. Nos. 174-175).

2. Presently, Deere's reply brief in support of its motion for judicial review of costs taxed is due Tuesday, January 3, 2012. Therefore, Deere requests expedited relief pursuant to LR 7(j). Deere has not previously sought to extend this deadline.

2. No dates will be affected by the requested extension of time because final judgment has been entered. (Doc. No. 159).

3. Bush Hog, LLC's and Great Plains Manufacturing Incorporated's counsel have stated that they do not oppose a one-week extension of time for Deere to file its reply brief in support of its motion for judicial review of costs taxed, changing the date to January 10, 2012.

WHEREFORE, Plaintiff respectfully requests expedited relief that the date to file Deere's reply brief in support of its motion for judicial review of costs taxed be extended until January 10, 2012. For the Court's convenience, a proposed order is attached.

Respectfully Submitted,

Dated: December 27, 2011

  /s/ Shane Delsman

*Attorney for Plaintiff/Counter-Defendant, Deere & Company*

**Richard J. Sapp**
Nyemaster, Goode, West,
Hansell & O'Brien, P.C.
700 Walnut Street, Suite 1600
Des Moines, Iowa 50309
Telephone: (515) 283-3100
Facsimile: (515) 283-8045
Email: RJS@nyemaster.com

**Steven C. Schroer***
    Lead Counsel
Fitch, Even, Tabin & Flannery
1942 Broadway, Suite 213
Boulder, Colorado 80302
Telephone: (303) 402-6971
Facsimile: (303) 402-6970
E-mail: SCSchr@fitcheven.com

*Admitted Pro Hac Vice*
**Karl R. Fink***
Fitch, Even, Tabin & Flannery
120 South LaSalle Street, Suite 1600
Chicago, Illinois 60603
Telephone: (312) 577-7000
Facsimile: (312) 577-7007
E-mail: KRFink@fitcheven.com

**Shane Delsman***
Fitch, Even, Tabin & Flannery
120 South LaSalle Street, Suite 1600
Chicago, Illinois 60603
Telephone: (312) 577-7000
Facsimile: (312) 577-7007
E-mail: SDelsman@fitcheven.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION**

| | | |
|---|---|---|
| DEERE & COMPANY, | ) | Civil Action No. 09 CV 00095 |
| | ) | |
| Plaintiff/Counter-Defendant, | ) | The Honorable Charles R. Wolle |
| | ) | |
| v. | ) | Magistrate Judge Celeste F. Bremer |
| | ) | |
| BUSH HOG, LLC and GREAT PLAINS | ) | **[PROPOSED] ORDER** |
| MANUFACTURING INCORPORATED, | ) | |
| | ) | |
| Defendants/Counter-Plaintiffs. | ) | |
| | ) | |

This matter coming to be heard on Deere's UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE DEERE'S REPLY BRIEF IN SUPPORT OF ITS MOTION FOR JUDICIAL REVIEW OF COSTS TAXED, and the Court having considered the matter, IT IS HEREBY ORDERED:

1. The deadline for Deere to file its reply brief in support of its motion for judicial review of costs taxed is extended up to and including January 10, 2012.

SO ORDERED:

Date: _____          _____
                                        The Honorable Charles R. Wolle
                                        United States District Court Judge

3

**Certificate of Service**

I hereby certify that on December 27, 2011, I electronically filed the foregoing, UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE DEERE'S REPLY BRIEF IN SUPPORT OF ITS MOTION FOR JUDICIAL REVIEW OF COSTS TAXED, through the Court's CM/ECF system which will serve it in accordance with Federal Rule of Civil Procedure 5(b)(2)(E) and Local Rule 5.2(k) on the following:

| | |
|---|---|
| Martha L. Shaff | Jeffrey D. Harty |
| BETTY NEUMAN & MCMAHON, P.L.C. | Edmund J. Sease |
| 111 East Third Street, Suite 600 | Bradley James Powers |
| Davenport , IA 52801 | Kurt Van Thomme |
| Telephone: (563) 326-4491 | Michael C Gilchrist |
| Facsimile: (563) 326-4498 | MCKEE, VOORHEES & SEASE, P.L.C. |
| Email: MLS@bettylawfirm.com | 801 Grand Avenue, Suite 3200 |
| | Des Moines, Iowa 50309-2721 |
| Matthew B. Walters | Telephone: (515) 288-3667 x233 |
| Scott R. Brown | Facsimile: (515) 288-1338 |
| HOVEY WILLIAMS | E-mail: Jeff.Harty@ipmvs.com |
| 10801 Mastin Boulevard, Suite 1000 | Ed.Sease@ipmvs.com |
| Overland Park , KS 66210 | Brad.Powers@ipmvs.com |
| Telephone: (913) 647-9050 | Kurt.Vanthomme@ipmvs.com |
| Facsimile: (913) 647-9057 | Mike.Gilchrist@ipmvs.com |
| Email: MBW@hoveywilliams.com | (COUNSEL FOR DEFENDANT, BUSH HOG, LLC) |
| SRB@hoveywilliams.com | |
| (COUNSEL FOR DEFENDANT, GREAT PLAINS MANUFACTURING INCORPORATED) | |

                                                          /s/ Shane Delsman
                                                      *Attorney for Plaintiff, Deere & Company*