IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | | |
|---|---|---|
| DEERE & COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:09-cv-00095 |
| | ) | Judge Charles R. Wolle |
| v. | ) | Magistrate Judge Thomas J. Shields |
| | ) | |
| DUROC, LLC; ALAMO GROUP INC.; BUSH HOG, INC.; and GREAT PLAINS MANUFACTURING INCORPORATED, | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

JURY VERDICT. This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED:

That in light of the jury's verdict the Court hereby enters judgment for Defendants and against Plaintiff on all claims and enters judgment in favor of Defendants on their counterclaims for non-infringement and invalidity, with costs to Defendants. and costs charged to Deere and Company.

Date: December 19, 2013

/s/ R. Johnson